38 So.3d 343 (2010)
Sidney NORWOOD, Jr., Glory Mae N. Brown, Wilbert Norwood, Sr., Roosevelt Norwood, Rosalie N. Jackson, Louis Norwood, Sr., Clovis Norwood, Elnora. N. Bradford, Nealer G. Norwood, Sidney Norwood, Sr., Charles Edward Norwood, Sr., and John Ella N. Lewis
v.
Dr. Juan MEDINA, Dr. Thomas Trahan, C & M Medical Services, Inc., Dr. Richard Rathbone and Lane Memorial Hospital Foundation.
No. 2010-C-0953.
Supreme Court of Louisiana.
June 25, 2010.
Denied.